

**U.S. Department of Justice**

United States Attorney
*Western District of New York*

*138 Delaware Avenue*     *(716) 843-5700*
*Buffalo, New York 14202*     *fax (716) 551-5563*

March 20, 2024

*Via ECF*

Hon. John L. Sinatra, Jr.
United States District Court Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    RE:     **United States of America v. One 2010 Cadillac Escalade
                VIN: 1GYUKCEF2AR178672
                21-MC-18-JLS**

Dear Judge Sinatra:

    The government respectfully writes to notify the Court that the above-referenced miscellaneous matter may be closed. On or about May 7, 2021, the government declined to initiate judicial forfeiture of the subject vehicle. Accordingly, the above-referenced miscellaneous case matter may be closed.

    Should you have any questions and/or concerns, please do not hesitate to contact the undersigned. Thank you for your consideration in this regard.

    Respectfully Submitted

    TRINI E. ROSS
    United States Attorney
    Western District of New York

BY:     s/MARY CLARE KANE
    Assistant United States Attorney
    138 Delaware Avenue
    Buffalo, New York 14202
    (716) 843-5809
    mary.kane@usdoj.gov